1  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
3  Los Angeles, California 90071-2899
   Telephone:    (213) 430-6000
4  Facsimile:    (213) 430-6407

5  *Attorney for Non-Party Lark Park*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* MOTION TO QUASH THIRD-PARTY SUBPOENA<br><br>in the matter of<br><br>FRANKEL, ET AL.,<br><br>                    *Plaintiffs*,<br><br>         v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>                    *Defendants*. | Misc. Case No.<br><br>Underlying Litigation:<br><br>*Frankel, et al. v. Regents of the University of California, et al.*, No. 2:24-CV-4702-MCS (C.D. Cal.)<br><br>**NON-PARTY LARK PARK'S NOTICE OF MOTION AND MOTION TO QUASH THIRD-PARTY SUBPOENA**<br><br>Judge:  TBD<br>Hearing Date:  TBD<br>Time:  TBD<br>Place:  TBD |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on the soonest date as the Court shall direct, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Non-Party Regent Lark Park ("Regent Park") will and hereby does move (the "Motion") this Court for an Order:

(1) quashing the Subpoena propounded upon Regent Park by Plaintiffs Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian, and Dr. Kamran Shamsa in the underlying lawsuit *Frankel, et al. v. Regents of the University of California, et al.*, No. 2:24-cv-4702-MCS (C.D. Cal) ("Underlying Litigation"); and

(2) relieving Regent Park from any obligation to provide testimony in response to the Subpoena.

**PLEASE TAKE FURTHER NOTICE** that this Motion and Notice of Motion are now being filed. The Motion is based on the following documents:

- The Memorandum of Points and Authorities;
- The Declaration of Matthew R. Cowan filed concurrently herewith and the exhibits thereto;
- All matters on file in the Underlying Litigation;
- All other matters of which this Court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence; and
- Such other arguments or evidence as may be presented at the hearing on the Motion.

Dated:   May 28, 2025

O'MELVENY & MYERS LLP

By: */s/ Matthew R. Cowan*
      Matthew R. Cowan
*Attorney for Non-Party Lark Park*