1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re* MOTION TO QUASH THIRD-PARTY SUBPOENA<br><br>in the matter of<br><br>FRANKEL, ET AL.,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>        *Defendants*. | Misc. Case No.<br><br>Underlying Litigation:<br><br>*Frankel, et al. v. Regents of the University of California, et al.*, No. 2:24-CV-4702-MCS (C.D. Cal.)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY LARK PARK'S MOTION TO QUASH THIRD-PARTY SUBPOENA** |

**[PROPOSED] ORDER**

Upon consideration of all parties' arguments and briefing, and the materials submitted in support thereof, the Court has determined that Non-Party Regent Lark Park's ("Regent Park") Motion to Quash Plaintiffs' Subpoena should be, and hereby is, GRANTED for the reasons stated by Regent Park.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____