MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Attorney for Non-Party Lark Park*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* MOTION TO QUASH THIRD-PARTY SUBPOENA<br><br>in the matter of<br><br>FRANKEL, ET AL.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>        *Defendants*. | Misc. Case No.<br><br>Underlying Litigation:<br><br>*Frankel, et al. v. Regents of the University of California, et al.*, No. 2:24-CV-4702-MCS (C.D. Cal.)<br><br>**NON-PARTY LARK PARK'S NOTICE OF RELATED CASES**<br><br>[Local Rule 123] |

Pursuant to Eastern District of California Local Rule 123, Non-Party Regent Lark Park ("Regent Park") advises the Court that the action listed below involves similar parties as the instant Miscellaneous Action to Quash Third-Party Subpoena ("Miscellaneous Action"). The information required by Local Rule 123 is set forth below:

*Frankel, et al. v. Regents of the University of California, et al.*, Case No. 2:24-cv-4702-MCS ("Original Action").

The initial Complaint in the Original Action was filed on June 5, 2024 in the Central District of California. A First Amended Complaint was filed on October 22, 2024. The case is currently progressing in that district. Plaintiffs in that action allege that UCLA "affirmatively assisted" discriminatory conduct against Jewish students by third-party activists who created an encampment on UCLA's campus in spring 2024 to protest the war between Israel and Hamas. *See* Original Action Dkt. 101 ¶ 445.

This Miscellaneous Action includes similar parties as the Original Action, and arises from the same facts. Specifically, Plaintiffs in the Original Action served a deposition subpoena on Regent Park as part of the discovery process in the Original Action. Regent Park is an individual member of the University of California Board of Regents (the "Board"). As a legal matter, the Board is separate from The Regents of the University of California, a public corporation and arm of the state that is a Defendant in the Original Action. Regent Park, who is not a party to the Original Action, is located in the Eastern District of California. This Miscellaneous Action is limited to Regent Park's request to quash the subpoena in connection with discovery efforts in the Original Action.

Dated: May 28, 2025

O'MELVENY & MYERS LLP

By: /s/ Matthew R. Cowan
    Matthew R. Cowan
*Attorney for Non-Party Lark Park*