1 | MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
2 | O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
3 | Los Angeles, California 90071-2899
Telephone: (213) 430-6000
4 | Facsimile: (213) 430-6407

5 | *Attorney for Non-Party Lark Park*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARK PARK,<br><br>*Movant*,<br><br>v.<br><br>YITZCHOK FRANKEL, ET AL.,<br><br>*Respondents*. | Misc. Case No. 2:25-mc-00172-DAD-CSK<br><br>Underlying Litigation:<br><br>*Frankel, et al. v. Regents of the University of California, et al.*, No. 2:24-CV-4702-MCS (C.D. Cal.)<br><br>**PROOF OF SERVICE** |

1                                                                                              PROOF OF SERVICE

## PROOF OF SERVICE

I, Matthew R. Cowan, declare as follows:

I am a citizen of the United States and employed in the County of Los Angeles, State of California, at the law firm of O'Melveny & Myers LLP, located at 400 South Hope Street, 19th Floor, Los Angeles, California 90071. I am over 18 and am not a party to this action.

On May 29, 2025, I caused the following documents to be served:

**NON-PARTY LARK PARK'S NOTICE OF MOTION AND MOTION TO QUASH THIRD-PARTY SUBPOENA**

**NON-PARTY LARK PARK'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH THIRD-PARTY SUBPOENA**

**DECLARATION OF MATTHEW R. COWAN IN SUPPORT OF NON-PARTY LARK PARK'S MOTION TO QUASH THIRD-PARTY SUBPOENA AND EXHIBITS THERETO**

**[PROPOSED] ORDER GRANTING NON-PARTY LARK PARK'S MOTION TO QUASH THIRD-PARTY SUBPOENA**

**NON-PARTY LARK PARK'S NOTICE OF RELATED CASES**

**CIVIL COVER SHEET**

on the parties stated below:

Eric C. Rassbach
**Pepperdine University Caruso School of Law**
24255 Pacific Coast Highway
Malibu, CA 90263
erassbach@becketfund.org

Mark L. Rienzi
Daniel L. Chen
Laura Wolk Slavis
Jordan T. Varberg
Amanda G. Dixon
Reed M. Bartley
**The Becket Fund for Religious Liberty**
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
mrienzi@becketfund.org
dchen@becketfund.org
lslavis@becketfund.org

jvarberg@becketfund.org
adixon@becketfund.org
rbartley@becketfund.org

Paul D. Clement
Erin E. Murphy
Matthew D. Rowen
**Clement & Murphy, PLLC**
706 Duke Street
Alexandria, VA 22314
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

Elliot Moskowitz
Marc J. Tobak
Adam M. Greene
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
elliot.moskowitz@davispolk.com
marc.tobak@davispolk.com
adam.greene@davispolk.com

    I caused the documents to be emailed to the persons at the email addresses shown above. I also caused the documents to be enclosed in an envelope or package provided by a delivery carrier and addressed to the persons at the addresses shown above. I caused the envelope or package to be placed for collection and delivery at an office or a regularly utilized drop box of the delivery carrier with delivery fees paid or provided for.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on May 29, 2025

                                                        */s/ Matthew R. Cowan*
                                                        Matthew R. Cowan