MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorney for Non-Party Lark Park*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARK PARK,<br><br>    *Movant*,<br><br>v.<br><br>YITZCHOK FRANKEL, ET AL.,<br><br>    *Respondents*. | Misc. Case No. 2:25-mc-00172-DAD-CSK<br><br>Underlying Litigation:<br><br>*Frankel, et al. v. Regents of the University of California, et al.*, No. 2:24-CV-4702-MCS (C.D. Cal.)<br><br>**NON-PARTY LARK PARK'S NOTICE OF MOTION AND MOTION TO QUASH THIRD-PARTY SUBPOENA**<br><br>Judge: Chi Soo Kim<br>Hearing Date: July 1, 2025<br>Time: 10:00 a.m.<br>Courtroom: 25, 8th Floor |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 1, 2025, at 10:00 a.m. or as soon thereafter as the Court shall direct, in Courtroom 25, 8th Floor of the above-titled court, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Non-Party Regent Lark Park ("Regent Park") will and hereby does move (the "Motion") this Court for an Order:

(1) quashing the Subpoena propounded upon Regent Park by Plaintiffs Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian, and Dr. Kamran Shamsa in the underlying lawsuit *Frankel, et al. v. Regents of the University of California, et al.*, No. 2:24-cv-4702-MCS (C.D. Cal) ("Underlying Litigation"); and

(2) relieving Regent Park from any obligation to provide testimony in response to the Subpoena.

**PLEASE TAKE FURTHER NOTICE** that this Motion and Notice of Motion are now being filed.  The Motion is based on the following documents:

- The Memorandum of Points and Authorities;
- The Declaration of Matthew R. Cowan filed concurrently herewith and the exhibits thereto;
- All matters on file in the Underlying Litigation;
- All other matters of which this Court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence; and
- Such other arguments or evidence as may be presented at the hearing on the Motion.

Regent Park submits the following certification regarding meet and confer efforts.  Plaintiffs subpoenaed Regent Park on Saturday May 17, 2025.  On May 23, counsel for Regent Park, who also represent Defendants in the Underlying Litigation, asked Plaintiffs via email to postpone the deposition pending an upcoming discovery conference with the Magistrate Judge in the Underlying Litigation.  This discovery conference would, among other issues, decide the proper scope of document custodians, including whether any individual members of the University of California Board of Regents, such as Regent Park, were proper document custodians, and would eliminate the

need for Plaintiffs to depose Regent Park. Plaintiffs refused. On May 25, Plaintiffs indicated via email that they would only be willing to postpone Regent Park's deposition if Defendants agreed to designate two other individual Regents as document custodians, without the benefit of the Magistrate Judge's ruling on that precise issue. On May 27, the parties met and conferred via video conference regarding the subpoena and Regent Park's anticipated motion to quash and were unable to reach an agreement that would obviate the need for Regent Park to file the present motion.

Dated: May 30, 2025

O'MELVENY & MYERS LLP

By: */s/ Matthew R. Cowan*
   Matthew R. Cowan
   *Attorney for Non-Party Lark Park*